No. 701. COLE ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BRENNAN and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *R. Eugene Pincham, Charles B. Evins* and *Sam Adam* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 836. VIRGINIA EX REL. VIRGINIA STATE BAR *v.* BROTHERHOOD OF RAILROAD TRAINMEN. Sup. Ct. App. Va. Motion to use record in No. 34, October Term, 1963, granted. Certiorari denied. *Aubrey R. Bowles, Jr.,* and *Aubrey R. Bowles III* for petitioner. *Beecher E. Stallard, Edward B. Henslee, Jr.,* and *John J. Naughton* for respondent.

No. 559, Misc. FORBUSH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 567, Misc. SMALLS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Sherman J. Saxl* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 606, Misc. CSOBOR *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. Petitioner *pro se. Edward J. Dolan* and *William D. Danberry* for respondent.

No. 874, Misc. JEFFERSON *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner.